IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jaquine TAYIOR #167813 )
Full name and prison number )
Of Plaintiff(s) )
 )
 )
v. )   CIVIL ACTION NO. 2:14-cv-345-mef
 )   (To be supplied by Clerk of
Commissioner' Kim Thomas )   U.S. District Court)
Warden' Dewayne Estes )   **DEMAND FOR JURY TRIAL**
 )
 )
_____ )
 )
_____ )
 )
 )
_____ )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all )
persons.) )

I.   PREVIOUS LAWSUITS
    A.   Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?   YES ( )   NO ( ✓ )

    B.   Have you begun other lawsuits in state or federal court
         relating to your imprisonment?   YES ( )   NO ( ✓ )

    C.   If your answer to A or B is yes, describe each lawsuit
         in the space below. (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.   Parties to this previous lawsuit:

              Plaintiff(s)   N/A

              Defendant(s)   N/A

         2.   Court )if federal court, name the district; if
              state court, name the county)   N/A

1

3.  Docket number _____N/A_____

4.  Name of judge to whom case was assigned _____
    _____N/A_____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____
    _____N/A_____

6.  Approximate date of filing lawsuit _____N/A_____

7.  Approximate date of disposition_____N/A_____

II.  PLACE OF PRESENT CONFINEMENT _Limestone Correctional Facility_
_28779 Nick Davis Road, Harvest AL 35749_
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED_____
_Limestone_____

III.  NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Kim Thomas, 301 S. Ripley Str. | Montgomery AL 36130 |
| 2. | Dewayne Estes, 28779 Nick Davis Rd | Harvest AL 35749 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_Sept. 2013 until ongoing on_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____See Attachment_____
_____

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Attachment_

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is
true and correct.

EXECUTED on ___5-9-14___.
                    (Date)

*Signature of plaintiff(s)*

4

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

```
                                    )
JAQUINE R. TAYLOR                   )
AIS NUMBER  167813                  )
        PLAINTIFF                   )
                                    )
VS.                                 )    CIVIL ACTION NUMBER: 2:14cv345-MEF
                                    )
COMMISSIONER: KIM THOMAS            )
WARDEN: DEWAYNE ESTES, ET. AL.      )
        DEFENDANT'S                 )
                                    )
```

## I. JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. section 1983 to
redress the deprivation, under color of state law, of rights
secured by the constitution of the United States. This court
has jurisdiction under 28 U.S.C. section 1331 & 1343 (a) (3).

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section
2201 and 2202. Plaintiff claims  for injunctive relief are auth-
orized by 28 U.S.C. section 2283 & 2284 and RULE 65 of Federal
Rules of Civil Procedure.

The middle District of Alabama is an appropriate venue under 28
U.S.C. section 1391 (b) (2) because it is where the events giving
rise to this claim occured.

## II. PLAINTIFF

Plaintiff Jaquine Roberto Taylor is and was at all times ment-
ioned herein a prisoner of the state of Alabama in the custody

-1-

of Alabama  Department of Corrections. Plaintiff is currently
confined at the Limestone Correctional Facility located at
28779 Nick Davis road Harvest Alabama 35749-7009.

### III. DEFENDANTS

Defendant Kim Thomas is the Commissioner of Alabama Department
of Corrections He is legal responsible for the overalll oper-
ation of the Department and each institution under its juris-
diction included Limestone Correctional Facility where plaintiff
is confined.

Defendant Dewayne Estes is the warden of Limestone Correctional
Facility is responsible  for the operation of Limestone Correc-
tion and the welfare of all inates and officers of the prison.

Each Dedendant is sued individually and in his official capacity.
At all times mention in this complaint each defendant acted under
color of state law.

### IV.-Facts

On December 21, 2012 the Honorable Myron thompson concluded that
ADOC policy ● on segregation did in fact Violate the ADA (Amer-
ican Disability act) and 504 rehabilitation act.

On Septemner 30, 2013 Honorable Myron Thompson decided in his
opionion that HIV class members was not entitle to moneytary
damages However Judge Thompson said it does not preclude class
members from seeking compensation in a future suit.

The fact is the objectors (me) in this case are permitted to
file or maintain action for moneytary damages.

-2-

The ADOC (Alabama Department of Correction) intention violated
plaintiff  confidentiality by diclos●ing plaintiff Hiv status
to others. When new inmates arrive at Limestone Correctional
Facility they are inform inmates in B dorm and wear red arm
band is HIV. This is a direct violation of plaintiff <u>8th and</u>
<u>14th amendment right to theUnited States Constitution</u>.
Hiv people can ᴅ҇ᴏᴏ҇ lived as long as one without HIV and danger of
Others catching HIV is very low.

Plaintiff in this case constitutional rights has been violated
under the 8th, 14th amendment right to the United States Con-
stitution and the American disability Act & Rehabilition act 504.

Defendants in this case had a policy to segregate all Hiv inmates
which is a violation of plaintiff rights.
ADOC policy did in fact violate plaintiff rights, Plaintiff in●
this case alledge that defendants pattern of incident exist that
it came from a level of constitutional violation and defendants
had actual knowledge of the violations.

In ᴄᴀ҇ᴍᴇ҇ Swint-V-City of Wadley, 51 F. 3d. 989 (11th Cir. 1995)
1983 requires proof of affirmative causal connection between the
official acts, its clear in this case that the inquiry into cau-
sation must be a direct one focusing on the duty and responsibi-
lities of each defendants where acts are alledge to have resulted
in a constitution deprivation; Swint-v-City of Wadley, 51 F.3d.999
Hiv segregation policy discrimination against plaintiff on the
basic oᴅ disability (HIV Status) in violation of Title II of
American with disabilities act 42 U.S.C. 1201 and rehabilitation

-3-

act, 29 U.S.C. 794. Plaintiff further argue injuries because due to plaintiff HIV status he is ineligibilty for transfering to another facility. Plaintiff dash challenge the fact that he is barred from consideration of transfer to another institution, and Honor dorm, simple because plaintiff has HIV. It has been long understood that governmental policy of exclusion and seg-regation create actual concrete injuries that are redress by the courts. See Jackson -V-Okaloosa County 21 F. 3d. 1531 (11th Cir. 1994).

Plaintiff in this caset assert under titile II of the ADA and rehabilitation act 504 provide that no qualified individual with disability shall by reason of such disability be excluded from participation or be denied the benefits of services,programs or activities of public entity. 42 U.S.C. 12132 section 504 provide that no qualified individual with disability shall soley by reason of his disability be excluded participation in be denied the benfits of subjected to discriminaTION under any program or activity rec-eiving fedreaL FINANCIAL ASSISTANCE 29 U.S.C. 794 (a) claims under both status are governed by same standard. Cash -V-Smith 231 F. 3d. 1301. (11th Cir. 2000).

## V. EXHAUSTION OF LEGAL REMEDEDIES

Plaintiff alledges that ADOC does not have any grievance pro-dure at Limestone Correctional Facility.

## VI.LEGAL CLAIMS

ADOC violated plaintiff 8th, 14th amendmenrt right to the United States constitution  and the American with disability act.

The plaintiff has pain or completwe remedy at law to redress the wrongs describe herin. plaintiff has been  and will continue to be irreparably injury by the conduct of the defendants unless the courts grants the declaratory and injunctive relief which plaintiff seeks.

## VII. RELIEF

WHEREFORE, plaintiff respectfully prays that this honorable Court enter judgement granting plaintiff;

A. Compensatory damages in the amount of 150,000.00 dollars against
   each defendant, jointly and severally.

B. Punitive damages in the amount of 300,000.00 dollars against each defendant.

C. Plaintiff cost in the suite

D. Attorney Fees

E. Jury Trial on all issues

F. Any addition relief the court deem just

## VIII VERIFICATION

I have read the forgoing complaint and hereby verify that the matters herein is true. I cenfy that the forgoing is true under the penalty of perjury. Executed  at Harvest Alabama on this 9th day of May 2014.

_Jaquine Taylor_ 162813
Jaquine Taylor# 167813-Plaintiff
28779 Nick Davis Road
Harvest Alabama 35749-7009

Limestone Correctional Facility
Jaquine Taylor # 167813 B-60
28779 Nick Davis Road
Harvest, Alabama 35749-7009

This correspondence is forwarded from
an Alabama State Prison. The Contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.





UNITED STATES POSTAGE
PITNEY BOWES
02 1M    $ 00.48°
0008007241   MAY 08 2014
MAILED FROM ZIP CODE 35749

LEGAL MAIL!!!

U.S. District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery Alabama 36101

RECEIVED
2014 MAY 12  P 4:11

36101071111